UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG FREEMAN,<br><br>Defendant. | Case No.: 4:23-CR-00086-1 HSG<br><br>ORDER TO UNSEAL<br><br>Hon. Haywood S. Gilliam, Jr. |

Upon the motion of the United States, and good cause having been shown, IT IS HEREBY ORDERED that the above-captioned case, including the indictment, is unsealed. The Defendant was indicted on March 28, 2023, arraigned on May 31, 2023, and a status conference held on July 19, 2023.

IT IS SO ORDERED.

Dated: 7/21/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. District Court Judge